# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEORGIA CANDILAPTIS,**

        **Plaintiff,**

-vs-                                        Case No. 6:07-cv-145-Orl-28DAB

**OCWEN LOAN SERVICING, LLC,**

        **Defendant.**

## ORDER

This case is before the Court on the Stipulation of Voluntary Dismissal and Notice of Settlement (Doc. Nos. 21, 22) filed July 9, 2007. The United States Magistrate Judge has submitted a report recommending that the settlement be accepted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 2, 2007 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement of the parties is accepted as a "fair and reasonable resolution of a bona fide dispute" over Fair Labor Standard Act issues.

3. This case is dismissed with prejudice and all pending motions are denied as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of August, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party